## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Katie Lanigan

                        Plaintiff,

v.                                                     Case No.: 1:15−cv−11210
                                                               Honorable Manish S. Shah

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 18, 2015:

        MINUTE entry before the Honorable Manish S. Shah: Pursuant to 17 U.S.C. § 512(h), the Clerk is directed to issue the subpoena as proposed by petitioner. The proposed subpoena is in proper form, the accompanying declaration is properly executed, and copy of the required notification under § 512(c)(3)(A) has been supplied. The issuing of the subpoena is without prejudice to objections being raised by subpoena respondent as to the subpoena's burden and scope. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.